

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| WILLIAM GEOFFREY THACKER, | § | No. 08-18-00085-CR |
| Appellant, | § | Appeal from the |
| v. | § | 205th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D02483) |
|  | § |  |

**O R D E R**

Pending before the Court is the State's motion to judicially notice the laws of North Carolina as set forth in the motion, the attachments to the motion, and in the State's brief. The motion is GRANTED.

IT IS SO ORDERED this 3rd day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.